QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LARA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-231 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: August 9, 2005 |
| ALEJANDRO LARA-CHAVEZ, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Lawrence K. Karlton |
| Defendants. ) | |

This matter came on for Status Conference on July 26, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  Assistant Federal Defender Caro Marks represented the defendant, who was present and in custody.

The defense requested a continuance until August 9, 2005 in order to allow counsel further time discuss a resolution of the case with the government and her client.  Therefore the parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above,  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from July 26, 2005, up until

Order After Hearing

and including August 9, 2005.  Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and consented to the continuance.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 9, 2005, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from July 26, 2005, up to and including August 9, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 8, 2005

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior U.S. District Court Judge

Order After Hearing                                2