QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LARA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEJANDRO LARA-CHAVEZ,<br><br>          Defendants. | CASE NO. CR-S-05-231 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: August 30, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on August 9, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  Assistant Federal Defender Caro Marks represented the defendant, who was present and in custody.

The defense requested a continuance until August 30, 2005 in order to continue negotiations with the government.  In addition, defense counsel needs additional time to receive documents relative to defendant's parole violation and his mother's medical records, which evidence may have an effect on his guidelines sentence and any requested departure.

Order After Hearing

1  Therefore the parties further agreed to exclude time from
2  calculation under the Speedy Trial Act for the reasons stated above,
3  pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for
4  preparation of counsel, from August 9, 2005, up until and including
5  August 30, 2005.  Defendant was questioned by the court as to this
6  issue and consented on the record to such an exclusion of time.
7  Defendant affirmed he understood his rights under the Speedy Trial Act
8  and consented to the continuance.
9  Good cause appearing therefor,
10 IT IS ORDERED that this matter is continued to August 30, 2005, at
11 9:30 a.m. for Status Conference.
12 IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
13 (iv) and Local Code T4, the period from August 9, 2005, up to and
14 including August 30, 2005, is excluded from the time computations
15 required by the Speedy Trial Act due to ongoing preparation of counsel.
16 Dated: August 11, 2005

/s/Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

Order After Hearing                        2