QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LARA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-231 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| ALEJANDRO LARA-CHAVEZ, ) | Date: September 20, 2005 |
| ) | Time: 9:30 A.M. |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |

_____

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Caro Marks, attorney for defendant ALEJANDRO LARA-CHAVEZ as follows:

The Status Conference currently set for August 30, 2005 should be vacated and new status conference date of September 20, 2005 should be set.

///
///
///
///
///

1  The reason for this continuance is that defense counsel is
2 awaiting certain parole documents which may be pertinent to the
3 defendant's guidelines sentence in this case.  Once the documents are
4 received, counsel needs to evaluate their application to this case.
5  The parties further stipulate and agree that time under the Speedy
6 Trial Act should be excluded pursuant to U.S.C. §3161(h)(8)(A) and
7 Local Rule T-4.
8 Dated: August 25, 2005

```
                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        AJEJANDRO LARA-CHAVEZ


                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Michael Beckwith
Dated:_____                _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: August 26, 2005

```
                            /s/Lawrence K. Karlton
                            _____
                            HONORABLE LAWRENCE K. KARLTON
                            District Judge
```

2