QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LARA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALEJANDRO LARA-CHAVEZ,<br><br>            Defendants.<br>_____ | CASE NO. CR-S-05-231 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: October 12, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

     This matter came on for Status Conference on September 20, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  Assistant Federal Defender Caro Marks represented the defendant, who was present and in custody.

     The defense requested a continuance until October 12, 2005 in order to discuss with his family the results of counsel's research and negotiations with the government.  Defense counsel also requested the continuance in order to comply with defendant's request that she discuss her research and negotiations with his family, and so she could adequately advise the defendant of all the options for resolution of

Order After Hearing

his case.

The parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 20, 2005, up until and including October 12, 2005. Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and agreed to the continuance.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to October 12, 2005, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 20, 2005, up to and including October 12, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: September 21, 2005

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior, U.S. District Court Judge

Order After Hearing                                2